# EXHIBIT A



# Operative Plasterers and Cement Masons International Association

## Local No. 3

Phone: 314-894-2345  
Fax: 314-894-1923

4656 Baumgartner Road  
St. Louis, Missouri 63129

## Signature Page

### Plasterers' Local #3 Contract

### Effective July 1, 2009 - June 30, 2014

ASC Insulation & Fireproofing, Inc.  
(Name of Company)

607 Church Rd  
Elgin, IL 60123  
(Address)

(847) 695-6570  
(Phone)

Loundes Castros, Treasurer  
(Officer Name) (Please Print)

_[signature]_ Javier de L. Castros, Treasurer  
(Officer Signature)

Date: 1/11/10

_[signature]_  
(Business Manager Local No. 3)

Date: 1/11/10

28